IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMI SHALHOUB** | : | CIVIL ACTION NO. 1:CV-10-2640 |
| | : | |
| **Plaintiff** | : | **(CHIEF JUDGE KANE)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **OFFICER JAMES DEPRETA,** et al. | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a December 28, 2010 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**.

3) The case is **TRANSFERRED** to the District of New Jersey for further proceedings.

s/ Yvette Kane
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: January 18, 2011